UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 23 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **4:21CR00377 HEA/SPM** |
| AMOSA RASAS, | ) ) |
| Defendant. | ) ) |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about June 2, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**AMOSA RASAS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
CASSANDRA WIEMKEN, #91586KY
Assistant United States Attorney